# EXHIBIT 5

0115-E

## CROTON-HARMON SCHOOL DISTRICT

## BULLYING/HARASSMENT REPORT FORM

**Please fill out the bullying/harassment report form below. Your name, telephone number and email address are requested for verification purposes and to enable the district to conduct a thorough investigation. Each report is taken very seriously and fully investigated. We will treat each report with the highest level of confidentiality and sensitivity.**

Name of person(s) harassing or bullying: ☐

Name of person(s) subjected to bullying/harassment:

Your Name: ☐

Telephone number:

Email Address (Where you can be contacted): ☐

**Providing your name and contact information is not required. However, if the district is unable to contact you during its investigation to obtain details related to your report, it may not be able to conduct a complete investigation**

I am a:

☐ Student

☐ School Employee

☐ Parent/Guardian

☐ Person being bullied or harassed

☐ Community Member

☐ Other

Type of Event (Select all that Apply):

☐ Physical-Hitting/kicking/other physical aggression

☐ Verbal-Teasing, name-calling, put downs, or other behavior that would hurt others

☐ Emotional/Exclusion-Starting rumors, telling others not to be friends with someone, or other action

☐ Cyber bullying-Using an electronic medium to engage in any previously mentioned bullying

☐ Other

Please describe the events (Be specific - include date, time, specific location):

Did you witness the event?

☐ Yes

☐ No

If YES, list any other witnesses to the event:

If NO, how did you learn of the event?

**IF YOU BELIEVE THAT THE PERSON(S) BEING HARASSED OR BULLIED ARE IN IMMINENT DANGER, PLEASE SUBMIT THIS REPORT AND ALSO CONTACT THE APPROPRIATE AUTHORITIES (SUCH AS THE POLICE)**

Adoption date:  July 9, 2013
 Reviewed and maintained without change: May 9, 2019