UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PARENTS DEFENDING EDUCATION,

                                Plaintiff,

   - against -

CROTON-HARMON UNION FREE SCHOOL
DISTRICT, *et al.*,

                                Defendants.
-------------------------------------------------------------x

**ORDER**

No. 24-CV-4485 (CS)

<u>Seibel, J.</u>

     For the reasons stated on the record on July 11, 2024, Plaintiff's Motion for a Preliminary Injunction is denied and this action is dismissed without prejudice for lack of subject matter jurisdiction pursuant to *Do No Harm v. Pfizer Inc.*, 96 F.4th 106 (2d Cir. 2024), and *Aguayo v. Richardson*, 473 F.2d 1090 (2d Cir. 1973).

     The Clerk of Court is respectfully directed to terminate the pending motion, (ECF No. 6), and close the case.

**SO ORDERED.**

Dated: July 11, 2024
       White Plains, New York

                                                               _____
                                                                CATHY SEIBEL, U.S.D.J.