Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

October 8, 2026

Hon. Cathy Seibel, *U.S. District Judge*
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** ***Defending Education v. Croton-Harmon Union Free School District et al.*****,**
**No. 7:24-cv-4485-CS**

Dear Judge Seibel:

I represent Plaintiff Defending Education[1] in the above-referenced matter. I write to request a 30-day adjournment of the status conference scheduled for October 14, 2026, at 11:15 a.m. *See* Dkt.44. This is the first request for an adjournment. Plaintiff requests this adjournment due to counsel's scheduling conflicts and so the parties can explore possible resolution of this case. Defendants' counsel does not oppose the requested adjournment due to counsel's scheduling conflicts.

Plaintiff filed this case and moved for a preliminary injunction in June 2024. Dkts.1, 6. Plaintiff conceded that, under two binding circuit precedents, its motion must be denied and the case must be dismissed. Dkt.6 at 1-2; Dkt.6-1 at 1-2, 9-13. The Court agreed and so denied the preliminary-injunction motion and dismissed the case for lack of subject-matter jurisdiction under those two precedents. Dkt.36. While Plaintiff's appeal was pending, the Second Circuit vacated one of those precedents. *See Do No Harm v. Pfizer*, 126 F.4th 109, 113 (2d Cir. 2025) (per curiam). The Second Circuit then overruled the second precedent, reversed this Court's judgment of dismissal, and remanded this case for further proceedings. *See* Dkts.42-43. On October 6, 2026, the Second Circuit mandate issued and this Court set a status conference for October 14. There are no pending filing deadlines at this time.

On October 7, the undersigned contacted counsel for Defendants to discuss an adjournment, next steps in the case, and to explore a possible resolution. To conserve party resources (here, Croton taxpayers) and in the interest of judicial economy, Plaintiff proposed to Defendants and respectfully moves the Court for a 30-day adjournment of

[1] When it filed this lawsuit, Plaintiff was called "Parents Defending Education." It has since changed its name to "Defending Education." *See* CA2-Dkt.43.1.

Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

the status conference to allow the parties to explore possible resolution of this case before resuming litigation, including any renewed preliminary-injunction motion or a response to the complaint. Defendants' counsel does not oppose the requested 30-day adjournment due to Plaintiff's counsel's scheduling conflicts. Defendant's counsel, who is currently abroad, advised that Friday would be the earliest he could speak to his clients and get back to Plaintiff about engaging in any settlement discussions. Plaintiff is filing this letter now because, due to Monday's federal holiday, Plaintiff would not receive Defendants' position regarding settlement discussions in time to move for an adjournment under this Court's individual practices (¶1.D), which require a request for an adjournment of a court appearance to "be made at least three (3) business days prior to the scheduled appearance."

Accordingly, Plaintiff respectfully requests a 30-day adjournment of the October 14 status conference.

Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

**admitted pro hac vice*

Conference adjourned to November 4, 2026 at 2:15 p.m. After Defendant's counsel has had the opportunity to confer with their clients, if the parties believe they are getting somewhere in settlement discussions, the parties may write to the Court at that time with an update on the status of those discussions.

SO ORDERED.

Cathy Seibel
CATHY SEIBEL, U.S.D.J.

10/8/26